1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLAH ROBINSON, as successor-in-interest of the estate of McCLENDON, CHARLIE<br><br>                              Plaintiff,<br><br>   v.<br><br>EDMUND G. BROWN, JR., *et al.*,<br><br>                              Defendants. | Case No. 18-cv-00121-BAS-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 30]** |

Presently before the Court is the parties' Joint Motion to Dismiss with Prejudice. (ECF No. 30.)  The parties have settled this matter and wish to dismiss it in its entirety with prejudice.  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated, each party is to bear its own costs and fees.  The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

**DATED: October 4, 2019**

Hon. Cynthia Bashant
United States District Judge

1

18cv0121